JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GUSTAVO CASTRO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WESTSIDE CULTURE WORKS LLC d/b/a BRWTXT,<br><br>Defendant. | Case No. CV 26-4254 FMO (PDx)<br><br>**JUDGMENT** |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 31st day of August, 2026.

/s/
Fernando M. Olguin
United States District Judge